UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| SHANE FLAUM, individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) **CASE NO. 15-cv-62695-WJZ** |
| v. | ) ) |
| BUTH NA-BODHAIGE, INC., a Delaware corporation, doing business as THE BODY SHOP, | ) ) ) ) |
| Defendant, | ) ) |

**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

In accordance with S.D. Fla. L.R. 3.8, please take notice that the instant action is related to one or more other pending civil actions as indicated below:

- **Lee v. Buth-Na-Bodhaige, Inc.**,
  **No. 16-cv-01104-LTS (S.D.N.Y., Filed: Feb. 12, 2016)**

Dated: February 19, 2016.

                                                                Respectfully submitted,

                                                                 /s/ Scott D. Owens
                                                                 Scott D. Owens, Esq.
                                                                 Scott D. Owens, P.A.
                                                                3800 S. Ocean Dr., Ste. 235
                                                                Hollywood, FL 33019
                                                                Tel: 954-589-0588
                                                                Fax: 954-337-0666
                                                                scott@scottdowens.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to received electronically Notices of Filing.

By:  s/ Scott D. Owens
Scott D. Owens, Esq.