In the U.S. DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA
    FT. LAUDERDALE DIV

SHANE FLAUM

Plaintiff v.

BUTH NA-BONDAIGE, INC.
Defendant  d/b/a
THE BODY SHOP

CASE NUMBER: 15-cv-62695 WJZ
CLASS ACTION

## Mediator's Report

COMES NOW the undersigned JAMS mediator/neutral who reports to the Court that the parties mediated the above-captioned case. The mediator/neutral reports that:

___ The parties entered into an agreement.   ___ The mediation agreement is attached with the parties' consent.

___ The parties were unable to reach an agreement and the case is at an impasse.

_X_ Other: NEGOTIATIONS WILL BE ON-GOING AND a second mediation may be scheduled.

Lucy Chernow Brown

Copies furnished to:

  All Parties

  Clerk of Court

  Presiding Judge