**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| SHANE FLAUM, individually and on behalf of others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BUTH NA-BONDAIGE, INC., )<br>a Delaware corporation, d/b/a )<br>THE BODY SHOP, )<br>)<br>Defendant. ) | **CASE NO. 15-cv-62695-WJZ**<br><br>**CLASS ACTION** |

## NOTIFICATION OF NINETY DAYS EXPIRING

Plaintiff, Shane Flaum, pursuant to S.D. Fla. L.R. 7.1(b)(4)(A) submits this Notification of Ninety Days Expiring with respect to Plaintiff's Motion to Compel Production of Discovery (the "Motion"), [ECF No. 26], and states as follows:

1. Plaintiff filed the Motion on May 13, 2016. [ECF No. 26].

2. Defendant filed its Memorandum in Opposition to Plaintiff's Motion to Compel Production of Discovery, [ECF No. 28], on May 31, 2016.

3. On June 2, 2016, Plaintiff filed his Reply to Motion to Compel Production of Discovery, [ECF No. 29], rendering the Motion fully briefed.

4. As of this date, no hearing has been set on the Motion.

5. A period of ninety days from the date the Motion became fully briefed expired on August 31, 2016.

6. Accordingly, pursuant to S.D. Fla. L.R. 7.1(b)(4)(A), Plaintiff respectfully provides the Court with Notification of Ninety Days Expiring with respect to the Motion.

Dated: September 1, 2016.

Respectfully submitted,

By: */s/ Scott D. Owens*
Scott D. Owens, Esq.
Florida Bar No. 0597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Telephone: 954-589-0588
Facsimile: 954-337-0666
scott@scottdowens.com

Bret L. Lusskin, Jr.
Bret Lusskin, P.A.
20803 Biscayne Blvd., Ste. 302
Aventura, FL 33180
Tel: 954-454-5841
Fax: 954-454-5844
blusskin@lusskinlaw.com

Keith J. Keogh (*pro hac vice*)
Illinois Bar No. 6225170
KEOGH LAW, LTD
55 West Monroe Street
Suite 3390
Chicago, Illinois 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
Keith@keoghlaw.com

*Attorneys for Plaintiff and the putative Class*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 1, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. Mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to received electronically Notices of Filing.

By: */s/ Scott D. Owens*
Scott D. Owens, Esq.