UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SHANE FLAUM, individually and on ）
behalf of all others similarly situated, ）
                                                    ）      CASE NO. 0:15-cv-62695-WJZ
       Plaintiff, ）
                                                    ）      **CLASS ACTION**
v. ）
BUTH NA-BODHAIGE, INC., ）
a Delaware corporation, d/b/a ）
THE BODY SHOP, ）
       Defendant. ）

## DECLARATION OF SHANE FLAUM

     I, Shane Flaum, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

     1.     My name is Shane Flaum. I am over the age of 18 and the named Plaintiff in this lawsuit.

     2.     I have personal knowledge of the facts stated herein, unless stated on information and belief, and if called upon to testify to those facts I could and would competently do so.

     3.     On December 24, 2015, I made a purchase at a Body Shop retail store location at the Sawgrass Mills Mall using my personal Visa® credit card, and the store automatically printed a receipt for the transaction that listed the first six digits and the last four digits of my credit card number.

     4.     At the time of my purchase on December 24, 2015, there was a line of people waiting to complete their transactions and in fact I witnessed dozens of Body Shop customers making purchases, the vast majority of which appeared to be credit or debit card transactions.

5. I understand that this lawsuit alleges that Body Shop violated a federal law known as the Fair and Accurate Credit Transactions Act (FACTA) by allowing its retail store locations to print debit and credit card transaction receipts that reveal more than the last five digits of individuals' card numbers.

6. I understand that this is a proposed class action and that I am the proposed class representative.

7. I understand that a class action is a lawsuit brought by at least one person on behalf of a group of people who have been treated in the same or essentially illegal manner by the Defendant.

8. I understand that the proposed class here includes individuals for whom, like me, Body Shop retail store locations printed transaction receipts that reveal more than the last five digits of the number of the individuals' debit/credit cards. I understand that the period covered by the proposed class extends back to December 27, 2013.

9. I understand, based on Body Shop's responses to discovery, that the proposed class has tens of thousands of potential members.

10. I am willing to be a representative of the class.

11. To my knowledge, I have no interests antagonistic to those of the class members. I believe my interests are entirely consistent with the class members' interests because I seek to remedy Body Shop's violations of our rights under FACTA.

12. I understand that as a class representative I have the responsibility to: a) to consider the class's interests when making any decisions about the case and make all such decisions in the interests of the class, not just my own interests; b) to participate in the case and

consult with my counsel about the case; c) and that I may have to testify at a deposition and/or trial and provide documents and information for use in the case.

13. I have arranged for my attorneys to advance all costs of this action, including the costs of the notification of the class.

14. I understand that I may be directed by the court in certain circumstances to pay costs on a pro rata basis.

15. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to any such payment, and that I have not been promised or guaranteed money for being the class representative.

16. I am not employed by or related to my attorneys. They will be paid as directed by the Court, if the case is successful, out of the Defendant's assets or the funds recovered by the class.

Executed in Broward County, Florida on October 16, 2016

SHANE FLAUM