# Exhibit 2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-62695-WJZ

SHANE FLAUM,

    Plaintiff,

v.

BUTH-NA-BODHAIGE, INC., d/b/a THE
BODY SHOP,

    Defendant.
_____/

## DECLARATION OF LISA FEIMAN

I, Lisa Feiman, hereby declare and state as follows:

1.     I am currently the District Manager for the Atlanta District of The Body Shop and I also oversee the Southeast District. I have been employed by The Body Shop for approximately 10 years.

2.     As District Manager for this region, I am responsible for managing 17 stores, including The Body Shop store located at the Sawgrass Mills Mall in Sunrise (Broward County), Florida, where plaintiff allegedly made the purchase at issue in this case.

3.     In my role as District Manager, I visit approximately four stores a week in my region and observe interactions between customers and employees at each store. I also regularly speak with each store's managers.

4.     The Body Shop does not have a policy that requires an employee to provide a receipt to a customer. The point-of-sale interaction between the sales associate and the customer,

1

in connection with the printing and handing of the receipt, varies from employee to employee and from store to store.

5. There have been many times where a customer refuses to accept a receipt, asks the sales associate to discard the receipt, or leaves the store before the receipt has finished printing. In addition, I have seen customers leave without a receipt because the store's printer stopped working.

6. The Body Shop has a return policy that allows customers to return merchandise without a receipt in exchange for a store credit. As a result, customers will leave the store without requesting a receipt. For example, at a local neighborhood store, the customer typically knows the employees who work at the store, and therefore are less likely to ask for or be given a receipt.

7. Each day, customers visit The Body Shop's stores to purchase naturally inspired, ethically produced beauty and cosmetic products. Some of these customers make purchases for business purposes. For example, I have observed customers purchase products for massage therapy centers, day spas, and holistic medicine centers. In fact, a number of The Body Shop's locations are near hotels where employees will purchase The Body Shop's products for hotel gift baskets. Just recently, I saw a customer using a business credit card to buy beauty and cosmetic products at one of our stores.

8. In my approximately 10 years of experience with The Body Shop, I have never heard any customers complain about their identity being stolen because of a purchase they made using a debit or credit card at a store of The Body Shop.

I declare under penalty of perjury that the above facts are true and correct to the best of my knowledge and belief.

Executed on this 2 day of December, 2016.

_____
Lisa Feiman