# Exhibit 3

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-62695-WJZ

SHANE FLAUM,

    Plaintiff,

v.

BUTH-NA-BODHAIGE, INC. d/b/a THE
BODY SHOP,

    Defendant.
_____/

### DECLARATION OF JENNIFER CRESPO

I, Jennifer Crespo, hereby declare and state as follows:

1. I am the Store Manager for The Body Shop store located at the Sawgrass Mills Mall in Sunrise (Broward County), Florida, where plaintiff allegedly made the purchase at issue in this case.

2. In my role as Store Manager, I am responsible for managing the day-to-day operations of the store and its employees, including two assistant managers, one part-time assistant manager, and one sales consultant. As a result, I continuously observe the interactions between customers and employees at the store.

3. The Body Shop does not have any policy or rule that requires its employees to provide a receipt to customers. Rather, it is up to the customer to take the receipt.

4. Whether a receipt is provided and how the receipt is provided depends on the sales associate's individual approach. In fact, there are times where both the sales associate and the customer will forget about the receipt because they are involved in a discussion about The

1

Body Shop's products. Other times, a customer may get impatient and leave the store before the receipt finishes printing. I have also noticed that many international customers walk away before receiving a receipt.

5. The Body Shop has a flexible return policy that allows customers to return merchandise without a receipt, even if the item has been used, so customers do not always ask for or retain their receipts.

6. There are also times where a receipt will not print because the printer is broken, has issues connecting to the internet, runs out of paper, or there is a power outage. In those cases, customers will leave without a receipt.

7. Customers sometimes enter the store to buy corporate gifts for their employees. In addition, business owners, such as massage therapists or other customers who use The Body Shop's products on their clients, make purchases for business purposes.

8. I have never heard of a customer complaining about their identity being stolen because of a purchase made using a debit or credit card at a store of The Body Shop.

I declare under penalty of perjury that the above facts are true and correct to the best of my knowledge and belief.

Executed on this 1 day of December, 2016.

Jennifer Crespo

2