# Exhibit 5

| | **FACTA & FCRA Cases Filed by Plaintiff's Counsel** | | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Title | Docket Number | Court | Date Filed | Case Type | Attorney | Class Certification Motion? |
| 1 | Flaum v. SP Plus Corporation et al, Docket No. 0:14-cv-62333 (S.D. Fla. Oct 11, 2014) | 0:14-cv-62333 | United States District Court for the Southern District of Florida | 10/11/2014 | FACTA | Scott D. Owens | Yes |
| 2 | Legg v. Spirit Airlines, Inc., Docket No. 0:14-cv-61978 (S.D. Fla. Aug 29, 2014) | 0:14-cv-61978 | United States District Court for the Southern District of Florida | 8/29/2014 | FACTA | Scott D. Owens; Keith J. Keogh | Yes |
| 3 | Legg v. Laboratory Corporation of America Holdings, Docket No. 0:14-cv-61543 (S.D. Fla. Jul 06, 2014) | 0:14-cv-61543 | United States District Court for the Southern District of Florida | 7/6/2014 | FACTA | Scott D. Owens; Keith J. Keogh | Yes |
| 4 | In Re: The TJX Companies, Inc., Fair and Accurate Credit Transaction Act, Docket No. 2:07-md-01853 (D. Kan. Sept 14, 2007) | 2:07-md-01853 | United States District Court for the District of Kansas | 9/7/2014 | FACTA | Keith J. Keogh | Yes |
| 5 | Harris v. Best Buy Co. Inc. et al, Docket No. 1:07-cv-02559 (N.D. Ill. May 07, 2007) | 1:07-cv-02559 | United States District Court for the Northern District of Illinois | 5/7/2007 | FACTA | Keith J. Keogh | Yes |
| 6 | Harris v. The Directv Group, Inc. et al, Docket No. 1:07-cv-02560 (N.D. Ill. May 07, 2007) | 1:07-cv-02560 | United States District Court for the Northern District of Illinois | 5/7/2007 | FACTA | Keith J. Keogh | Yes |
| 7 | Harris v. Circuit City Stores, Inc., Docket No. 1:07-cv-02512 (N.D. Ill. May 04, 2007) | 1:07-cv-02512 | United States District Court for the Northern District of Illinois | 5/4/2007 | FACTA | Keith J. Keogh | Yes |
| 8 | Matthews v. United Retail, Incorporated, Docket No. 1:07-cv-02487 (N.D. Ill. May 03, 2007) | 1:07-cv-02487 | United States District Court for the Northern District of Illinois | 5/3/2007 | FACTA | Keith J. Keogh | Yes |
| 9 | Heath v. A&E Stores Inc., Docket No. 1:07-cv-02450 (N.D. Ill. May 02, 2007) | 1:07-cv-02450 | United States District Court for the Northern District of Illinois | 5/2/2007 | FACTA | Keith J. Keogh | Yes |
| 10 | Heath v. Chernin's Shoe Outlet, LLC, Docket No. 1:07-cv-02449 (N.D. Ill. May 02, 2007) | 1:07-cv-02449 | United States District Court for the Northern District of Illinois | 5/2/2007 | FACTA | Keith J. Keogh | Yes |
| 11 | Batterson v. Jewel Food Stores, Inc., Docket No. 1:07-cv-02375 (N.D. Ill. Apr 30, 2007) | 1:07-cv-02375 | United States District Court for the Northern District of Illinois | 4/30/2007 | FACTA | Keith J. Keogh | Yes |
| 12 | Redmon v. Uncle Julio's of Illinois, Inc., Docket No. 1:07-cv-02350 (N.D. Ill. Apr 27, 2007) | 1:07-cv-02350 | United States District Court for the Northern District of Illinois | 4/27/2007 | FACTA | Keith J. Keogh | Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | Cicilline v. Jewel Food Stores, Inc., Docket No. 1:07-cv-02333 (N.D. Ill. Apr 26, 2007) | 1:07-cv-02333 | United States District Court for the Northern District of Illinois | 4/26/2007 | FACTA | Keith J. Keogh | Yes |
| 14 | Kirchein v. Pet Supermarket, Inc., Docket No. 0:16-cv-60090 (S.D. Fla. Jan 14, 2016) | 0:16-cv-60090 | United States District Court for the Southern District of Florida | 1/14/2016 | FACTA | Scott D. Owens | Yes |
| 15 | Guarisma v. Microsoft Corporation, Docket No. 1:15-cv-24326 (S.D. Fla. Nov 20, 2015) | 1:15-cv-24326 | United States District Court for the Southern District of Florida | 11/20/2015 | FACTA | Scott D. Owens; Keith J. Keogh | Yes |
| 16 | Muransky v. Godiva Chocolatier, Inc., Docket No. 0:15-cv-60716 (S.D. Fla. Apr 06, 2015) | 0:15-cv-60716 | United States District Court for the Southern District of Florida | 4/6/2015 | FACTA | Scott D. Owens; Keith J. Keogh | No |
| 17 | Wood v. J Choo USA, Inc., Docket No. 9:15-cv-81487 (S.D. Fla. Oct 27, 2015) | 9:15-cv-81487 | United States District Court for the Southern District of Florida | 10/27/2015 | FACTA | Scott D. Owens | No |
| 18 | Bouton v. Ocean Properties, Ltd., Docket No. 9:16-cv-80502 (S.D. Fla. Apr 01, 2016) | 9:16-cv-80502 | United States District Court for the Southern District of Florida | 4/1/2016 | FACTA | Scott D. Owens; Keith J. Keogh | No |
| 19 | Flaum v. Doctor's Associates, Inc., Docket No. 0:16-cv-61198 (S.D. Fla. Jun 06, 2016) | 0:16-cv-61198 | United States District Court for the Southern District of Florida | 6/6/2016 | FACTA | Scott D. Owens | No |
| 20 | Morris v. Lakeshore Equipment Company, Docket No. 1:07-cv-05190 (N.D. Ill. Sept 13, 2007) | 1:07-cv-05190 | United States District Court for the Northern District of Illinois | 9/13/2007 | FACTA | Keith J. Keogh | No |
| 21 | Pacer v. Rockenbach Chevrolet Sales, Inc., Docket No. 1:07-cv-05173 (N.D. Ill. Sept 12, 2007) | 1:07-cv-05173 | United States District Court for the Northern District of Illinois | 9/12/2007 | FACTA | Keith J. Keogh | No |
| 22 | Harris v. Wal-Mart Stores Inc., Docket No. 1:07-cv-02561 (N.D. Ill. May 07, 2007) | 1:07-cv-02561 | United States District Court for the Northern District of Illinois | 5/7/2007 | FACTA | Keith J. Keogh | No |
| 23 | Mendez v. The TJX Companies, Inc., Docket No. 1:07-cv-02486 (N.D. Ill. May 03, 2007) | 1:07-cv-02486 | United States District Court for the Northern District of Illinois | 5/3/2007 | FACTA | Keith J. Keogh | No |
| 24 | Thomas v. Hugo's Frog Bar-Naperville, LLC, Docket No. 1:08-cv-00455 (N.D. Ill. Jan 22, 2008) | 1:08-cv-00455 | United States District Court for the Northern District of Illinois | 1/22/2008 | FACTA | Keith J. Keogh | No |
| 25 | Mendez v. The TJX Companies, Inc. et al, Docket No. 2:07-cv-02455 (D. Kan. Sept 25, 2007) | 2:07-cv-02455 | United States District Court for the District of Kansas | 9/25/2007 | FACTA | Keith J. Keogh | No |
| 26 | Thomas v. Ritz Camera Centers, Inc., Docket No. 1:08-cv-00453 (N.D. Ill. Jan 22, 2008) | 1:08-cv-00453 | United States District Court for the Northern District of Illinois | 1/22/2008 | FACTA | Keith J. Keogh | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27 | Legg v. E-Z Rent A Car, Inc, Docket No. 3:14-cv-01124 (S.D. Cal. May 01, 2014) | 3:14-cv-01124 | United States District Court for the Southern District of California | 5/1/2014 | FACTA | Scott D. Owens | No |
| 28 | Mendez v. The TJX Companies, Inc., Docket No. 1:07-cv-02486 (N.D. Ill. May 03, 2007) | 1:07-cv-02486 | United States District Court for the Northern District of Illinois | 5/3/2007 | FACTA | Keith J. Keogh | Due 1/9/2017 |
| 29 | Martin v. Wells Fargo Bank, NA, Docket No. 1:16-cv-09483 (N.D. Ill. Oct 04, 2016) | 1:16-cv-09483 | United States District Court for the Northern District of Illinois | 10/4/2016 | FCRA | Keith J. Keogh | Yes |
| 30 | Rix v. Healthcare Services Group, Inc., Docket No. 4:16-cv-00930 (W.D. Mo. Aug 24, 2016) | 4:16-cv-00930 | United States District Court for the Western District of Missouri | 8/24/2016 | FCRA | Keith J. Keogh | Yes |
| 31 | George v. Chex Systems, Inc., Docket No. 2:16-cv-02450 (D. Kan. Jun 21, 2016) | 2:16-cv-02450 | United States District Court for the District of Kansas | 6/21/2016 | FCRA | Keith J. Keogh | Yes |
| 32 | Detter v. KeyBank N.A., Docket No. 4:16-cv-00498 (W.D. Mo. May 31, 2016) | 4:16-cv-00498 | United States District Court for the Western District of Missouri | 5/31/2016 | FCRA | Keith J. Keogh | Yes |
| 33 | Hoeflicker v. CPC Logistics, Inc., Docket No. 4:15-cv-00679 (W.D. Mo. Sept 03, 2015) | 4:15-cv-00679 | United States District Court for the Western District of Missouri | 9/3/2015 | FCRA | Keith J. Keogh | Yes |
| 34 | Lourenco v. Trans Union, LLC, Docket No. 1:15-cv-04674 (N.D. Ill. May 27, 2015) | 1:15-cv-04674 | United States District Court for the Northern District of Illinois | 5/27/2015 | FCRA | Keith J. Keogh | Yes |
| 35 | Santangelo v. Comcast Corporation, Docket No. 1:15-cv-00293 (N.D. Ill. Jan 13, 2015) | 1:15-cv-00293 | United States District Court for the Northern District of Illinois | 1/13/2015 | FCRA | Keith J. Keogh | Yes |
| 36 | Pettis v. U.S. Bank, NA, Docket No. 1:14-cv-05729 (N.D. Ill. Jul 25, 2014) | 1:14-cv-05729 | United States District Court for the Northern District of Illinois | 7/25/2014 | FCRA | Keith J. Keogh | Yes |
| 37 | Owens v. Sterling InfoSystems, Inc., Docket No. 1:14-cv-04302 (N.D. Ill. Jun 10, 2014) | 1:14-cv-04302 | United States District Court for the Northern District of Illinois | 6/10/2014 | FCRA | Keith J. Keogh | Yes |
| 38 | Paci v. Globe Connect, Inc., Docket No. 1:13-cv-06539 (N.D. Ill. Sept 12, 2013) | 1:13-cv-06539 | United States District Court for the Northern District of Illinois | 9/12/2013 | FCRA | Keith J. Keogh | Yes |
| 39 | Joubert v. EmployeeScreenIQ, Inc., Docket No. 1:13-cv-02026 (N.D. Ill. Mar 15, 2013) | 1:13-cv-02026 | United States District Court for the Northern District of Illinois | 3/15/2013 | FCRA | Keith J. Keogh | Yes |
| 40 | Joubert v. Accuen, Inc. et al, Docket No. 1:13-cv-01261 (N.D. Ill. Feb 15, 2013) | 1:13-cv-01261 | United States District Court for the Northern District of Illinois | 2/15/2013 | FCRA | Keith J. Keogh | Yes |

| # | Case | Docket | Court | Date | Type | Attorney | ? |
|---|---|---|---|---|---|---|---|
| 41 | Thomas v. Backgroundchecks.com, Docket No. 3:13-cv-00029 (E.D. Va. Jan 11, 2013) | 3:13-cv-00029 | United States District Court for the Eastern District of Virginia | 1/11/2013 | FCRA | Keith J. Keogh | Yes |
| 42 | Dao v. Michael Robert Enterprises, Inc., Docket No. 1:12-cv-10177 (N.D. Ill. Dec 20, 2012) | 1:12-cv-10177 | United States District Court for the Northern District of Illinois | 12/20/2012 | FCRA | Keith J. Keogh | Yes |
| 43 | Zummo v. Trans Union, LLC., Docket No. 1:12-cv-01099 (N.D. Ill. Feb 15, 2012) | 1:12-cv-01099 | United States District Court for the Northern District of Illinois | 2/15/2012 | FCRA | Keith J. Keogh | Yes |
| 44 | Williams v. E-backgroundchecks.com, Inc. d/b/a Backgroundchecks.com, Docket No. 1:12-cv-00190 (N.D. Ill. Jan 11, 2012) | 1:12-cv-00190 | United States District Court for the Northern District of Illinois | 1/11/2012 | FCRA | Keith J. Keogh | Yes |
| 45 | Watkins v. Ferret Diversified Services Incorporated, Docket No. 1:11-cv-06601 (N.D. Ill. Sept 21, 2011) | 1:11-cv-06601 | United States District Court for the Northern District of Illinois | 9/21/2011 | FCRA | Keith J. Keogh | No |
| 46 | Rana vs. Marcett, Inc., Docket No. 1:11-cv-06299 (N.D. Ill. Sept 09, 2011) | 1:11-cv-06299 | United States District Court for the Northern District of Illinois | 9/9/2011 | FCRA | Keith J. Keogh | No |
| 47 | Watkins v. New Koosharem Corporation, Docket No. 1:11-cv-05210 (N.D. Ill. Aug 01, 2011) | 1:11-cv-05210 | United States District Court for the Northern District of Illinois | 8/1/2011 | FCRA | Keith J. Keogh | No |
| 48 | Jedrzejczyk v. The Allstate Corporation, Docket No. 1:11-cv-05009 (N.D. Ill. Jul 25, 2011) | 1:11-cv-05009 | United States District Court for the Northern District of Illinois | 7/25/2011 | FCRA | Keith J. Keogh | No |
| 49 | Rana v. College Admissions Assistance, LLC, Docket No. 1:11-cv-04280 (N.D. Ill. Jun 23, 2011) | 1:11-cv-04280 | United States District Court for the Northern District of Illinois | 6/23/2011 | FCRA | Keith J. Keogh | No |
| 50 | Osada et al v. Experian Information Solutions, Inc. et al, Docket No. 1:11-cv-02856 (N.D. Ill. Apr 28, 2011) | 1:11-cv-02856 | United States District Court for the Northern District of Illinois | 4/28/2011 | FCRA | Keith J. Keogh | No |
| 51 | Pesce v. Nuvell Credit Company, LLC, Docket No. 1:11-cv-01380 (N.D. Ill. Feb 28, 2011) | 1:11-cv-01380 | United States District Court for the Northern District of Illinois | 2/28/2011 | FCRA | Keith J. Keogh | No |
| 52 | Wilder v. Aramark Corporation, Docket No. 2:11-cv-00019 (E.D. Wis. Jan 07, 2011) | 2:11-cv-00019 | United States District Court for the Eastern District of Wisconsin | 1/7/2011 | FCRA | Keith J. Keogh | No |
| 53 | Hovanec v. Capital One Auto Finance, Inc. et al, Docket No. 1:10-cv-07527 (N.D. Ill. Nov 23, 2010) | 1:10-cv-07527 | United States District Court for the Northern District of Illinois | 11/23/2010 | FCRA | Keith J. Keogh | No |
| 54 | Folkers v. Pennsylvania Higher Education Assistance Agency et al, Docket No. 1:10-cv-04981 (N.D. Ill. Aug 09, 2010) | 1:10-cv-04981 | United States District Court for the Northern District of Illinois | 8/9/2010 | FCRA | Keith J. Keogh | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 55 | Hanson v. Barclays Bank Delaware et al, Docket No. 1:10-cv-02022 (N.D. Ill. Apr 01, 2010) | 1:10-cv-02022 | United States District Court for the Northern District of Illinois | 4/1/2010 | FCRA | Keith J. Keogh | No |
| 56 | Weiss v. Experian Information Solutions Inc. et al, Docket No. 1:09-cv-07832 (N.D. Ill. Dec 17, 2009) | 1:09-cv-07832 | United States District Court for the Northern District of Illinois | 12/17/2009 | FCRA | Keith J. Keogh | No |
| 57 | White v. White, Docket No. 1:09-cv-07586 (N.D. Ill. Dec 07, 2009) | 1:09-cv-07586 | United States District Court for the Northern District of Illinois | 12/7/2009 | FCRA | Keith J. Keogh | No |
| 58 | Bergman v. Mann Bracken LLP., Docket No. 1:09-cv-05689 (N.D. Ill. Sept 14, 2009) | 1:09-cv-05689 | United States District Court for the Northern District of Illinois | 9/14/2009 | FCRA | Keith J. Keogh | No |
| 59 | Todd et al v. Home Loan Services, Inc. et al, Docket No. 1:09-cv-05597 (N.D. Ill. Sept 10, 2009) | 1:09-cv-05597 | United States District Court for the Northern District of Illinois | 9/10/2009 | FCRA | Keith J. Keogh | No |
| 60 | Hayslett v. Palisades Collection, LLC., Docket No. 1:09-cv-01290 (N.D. Ill. Mar 02, 2009) | 1:09-cv-01290 | United States District Court for the Northern District of Illinois | 3/2/2009 | FCRA | Keith J. Keogh | No |
| 61 | Kartom v. Affinity Direct, LLC, Docket No. 1:08-cv-04578 (N.D. Ill. Aug 13, 2008) | 1:08-cv-04578 | United States District Court for the Northern District of Illinois | 8/13/2008 | FCRA | Keith J. Keogh | No |
| 62 | Luchechko v. Trans Union, LLC, Docket No. 1:08-cv-01626 (N.D. Ill. Mar 20, 2008) | 1:08-cv-01626 | United States District Court for the Northern District of Illinois | 3/20/2008 | FCRA | Keith J. Keogh | No |
| 63 | Hayes v. First Chicago Mortgage Co. et al, Docket No. 1:08-cv-00632 (N.D. Ill. Jan 29, 2008) | 1:08-cv-00632 | United States District Court for the Northern District of Illinois | 1/29/2008 | FCRA | Keith J. Keogh | No |
| 64 | Johnson v. US Bank N.A. et al, Docket No. 1:07-cv-05881 (N.D. Ill. Oct 17, 2007) | 1:07-cv-05881 | United States District Court for the Northern District of Illinois | 10/17/2007 | FCRA | Keith J. Keogh | No |
| 65 | Novak v. Trans Union LLC, Docket No. 1:07-cv-03852 (N.D. Ill. Jul 10, 2007) | 1:07-cv-03852 | United States District Court for the Northern District of Illinois | 7/10/2007 | FCRA | Keith J. Keogh | No |
| 66 | Elkins v. Ocwen Federal Savings Bank et al, Docket No. 1:06-cv-00823 (N.D. Ill. Feb 14, 2006) | 1:06-cv-00823 | United States District Court for the Northern District of Illinois | 2/14/2006 | FCRA | Keith J. Keogh | No |
| 67 | Sawyer v. Esurance Insurance Services, Inc., Docket No. 1:06-cv-00750 (N.D. Ill. Feb 09, 2006) | 1:06-cv-00750 | United States District Court for the Northern District of Illinois | 2/9/2006 | FCRA | Keith J. Keogh | No |
| 68 | Sawyer v. Bob Watson Chevrolet, Docket No. 1:04-cv-07742 (N.D. Ill. Nov 30, 2004) | 1:04-cv-07742 | United States District Court for the Northern District of Illinois | 11/30/2004 | FCRA | Keith J. Keogh | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 69 | Todd v. Diamond Hm Mtge Corp, Docket No. 1:02-cv-09157 (N.D. Ill. Dec 18, 2002) | 1:02-cv-09157 | United States District Court for the Northern District of Illinois | 12/18/2002 | FCRA | Keith J. Keogh | No |