# EXHIBIT 2

APPEAL TO THE APPELLATE COURT OF ILLINOIS, FIFTH JUDICIAL DISTRICT
FROM THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| HENRY LEE, on behalf of himself and all others similarly situated, | Appeal from the Circuit Court of the Twentieth Judicial District, |
| Plaintiff, | St. Clair County, Illinois |
| -v- | No. 2017-L-000604 |
| BUTH-NA-BODHAIGE, INC., a Delaware corporation, d/b/a THE BODY SHOP, and DOES 1-10, | Honorable Vincent J. Lopinot Judge Presiding |
| Defendants-Appellees. | |
| JENNA DICKENSON, | |
| Objector-Appellant. | |

## NOTICE OF APPEAL

Jenna Dickenson, Objector-Appellant in the above-titled cause, is a member of the class bound by the orders and judgment of the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois, which certified a class-action and approved a settlement and release in the above-captioned matter. Ms. Dickenson timely objected to approval of the proposed class-action settlement and to the requests of the named plaintiff and his counsel for an incentive award and attorneys' fees, and does hereby appeal to the Appellate Court of Illinois, Fifth District, from the December 20, 2017, Order Granting Final Approval of Class Settlement Agreement and Issuance of Final Judgment and Order of Dismissal, including without limitation the following findings and rulings therein:

- finding that the court has jurisdiction over the subject matter of this lawsuit, the class, representative, and class members, and the Defendant;

- 1 -

- finding that settlement was reached as a result of arms-length negotiations conducted in good faith;
- finding that the best practicable notice was provided to members of the class;
- approving the proposed class-action settlement and release in this matter as fair, adequate, and reasonable;
- finding that the consideration offered in settlement constitutes fair value given in exchange for the release of class members' claims;
- finding that "[t]he representative parties will fairly and adequately protect the interest of the class";
- finding that "The class action is an appropriate method for the fair and efficient adjudication of the controversy";
- certifying the matter as a class action;
- ruling that "The Settlement submitted by the Parties is finally approved as fair, reasonable and adequate, and is deemed in the best interests of the Settlement class.";
- releasing class members' claims, including claims for actual damages for identity theft;
- awarding $500,000.00 as attorneys' fees, costs, and expenses to Class Counsel;
- awarding an incentive fee award in the amount of $4,000.00 to plaintiff Henry Lee; and
- ruling that "all persons within the definition of the Settlement Class are hereby deemed to have irrevocably waived and agreed not to assert, by way of

motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of this Court, or that this Court is, in any way, an improper venue or an inconvenient forum."

Objector-Appellant Dickenson requests that the above-referenced Judgment and Order be reversed.

Dated: January 18, 2018

**Mathis, Marifian & Richter, LTD.**

By: /s/Natalie T. Lorenz
LAURA E. SCHRICK, #6284750
NATALIE T. LORENZ, #6309572
23 Public Square, Suite 300
Belleville, IL  62220
Phone:  (618) 234-9800
Facsimile:  (618) 234-9786
lschrick@mmrltd.com
nlorenz@mmrltd.com

**and**

**LAW OFFICE OF ERIC ALAN ISAACSON**
ERIC ALAN ISAACSON, #6327912
    (pro hac vice)
La Jolla, CA    92037
Phone:  (858) 263-9581
Email:  ericalanisaacson@icloud.com

**Attorneys for Objector-Appellant,
Jenna Dickenson**

- 4 -

## Certificate of Service

A copy of the foregoing instrument was served upon the following by forwarding a copy of same via electronic mail on January 18, 2018 addressed as follows:

Thomas Hayde
SpencerFane
thayde@spencerfane.com

Robert L. Lash
Hur & Lash LLP
rlash@hlnylaw.com

Christopher M. Murphy
McDermott, Will & Emery
cmurphy@mwe.com

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

/s/Denise Fietsam