```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 15-62695-CIV-ZLOCH
```

SHANE FLAUM,

      Plaintiff,

vs.                                         **<u>ORDER STAYING ACTION</u>**

BUTH NA-BODHAIGE, INC.,
d/b/a THE BODY SHOP,

      Defendant.
_____/

    THIS MATTER is before the Court upon Defendant's Expedited Renewed Motion To Stay The Proceedings (DE 82). The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    By the Court's Order Staying Action (DE 66) the Court stayed the above-styled cause and by a subsequent Order (DE 81) lifted the stay for the purpose of allowing discovery relating to class certification. In the instant Motion (DE 82), Defendant Buth Na-Bodhaige, Inc., requests that the court stay the above-styled cause again, pending the resolution by the Eleventh Circuit of <u>Muransky v. Godiva Chocolatier, Inc.</u>, 16-16486, in which Appellant has filed a motion for rehearing en banc. The issues in that case will be dispositive in the above-styled cause and the Court agrees that a stay is appropriate.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The above-styled cause be and the same is hereby **STAYED**

pending a final ruling in Muransky v. Godiva Chocolatier, Inc., 16-16486;

    2.  The Clerk of the United States District Court for the Southern District of Florida is hereby **DIRECTED** to mark the above-styled action closed for statistical purposes;

    3.  The Parties are hereby **DIRECTED** to notify the Court within 14 days after the final ruling in the above-referenced case; and

    4.  This Order shall not prejudice the rights of either party to this litigation.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   13th   day of November, 2018.

                                          WILLIAM J. ZLOCH
                                          Sr. United States District Judge

Copies furnished:

All Counsel of Record